United States Bankruptcy Court
Middle District of North Carolina

In re:                                                                          Case No. 16-50945-lmj
Christopher Keith Parish                                                        Chapter 7
        Debtor
# CERTIFICATE OF NOTICE

District/off: 0418-6        User: admin           Page 1 of 2           Date Rcvd: Sep 09, 2016
                            Form ID: 309A         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2016.
```
db             +Christopher Keith Parish,    1981 Tea Berry Lane,    Winston Salem, NC 27127-7639
785620146       Employment Security Commission,    P.O. Box 25903,    Raleigh, NC 27611-5903
785620147      +Forsyth County Tax Administration,    c/o Sharon Hauser, Deputy Tax Collector,    P.O. Box 82,
                 Winston Salem, NC 27102-0082
785620150       Nicole Weeks,    2404 Tukwila Court,    Winston Salem, NC 27102
785620154      +Verizon Wireless,    Bankruptcy Administration,    500 Technology Drive, Suite 550,
                 Saint Charles, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: rlefkowitz1@bellsouth.net Sep 09 2016 18:19:27     Robert A. Lefkowitz,
                 The Lefkowitz Law Firm,    3500 Brunswick Ct,    Winston-Salem, NC  27104
tr              EDI: BWJBURNS.COM Sep 09 2016 18:19:00     W. Joseph Burns,    Trustee,    P.O. Box 21433,
                 Winston-Salem, NC  27120-1433
ust            +E-mail/Text: babncnotify@ncmba.uscourts.gov Sep 09 2016 18:19:58     William P. Miller,
                 Bankruptcy Administrator,    101 South Edgeworth Street,    Greensboro, NC 27401-6024
785620140       EDI: CHASE.COM Sep 09 2016 18:18:00     Chase Bank USA-credit card,
                 ATTN: Correspondence Dept,    P.O. Box 15298,    Wilmington, DE 19850-5298
785620141      +EDI: CHASE.COM Sep 09 2016 18:18:00     Chase Bank Visa,    P.O. Box 94014,
                 Palatine, IL 60094-4014
785620143      +EDI: CITICORP.COM Sep 09 2016 18:19:00     Citi Cards,    P.O. Box 6004,
                 Sioux Falls, SD 57117-6004
785620142       EDI: CITICORP.COM Sep 09 2016 18:19:00     Citi Cards,    Processing Center,
                 Des Moines, IA 50363-0005
785620144       EDI: DISCOVER.COM Sep 09 2016 18:18:00     Discover Card,    P. O. Box 15316,
                 Wilmington, DE 19850-5316
785620145      +EDI: DISCOVER.COM Sep 09 2016 18:18:00     Discover Card,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
785620148       EDI: IRS.COM Sep 09 2016 18:19:00     IRS,    P.O. Box 7346,    Philadelphia, PA 19101-7346
785620149      +EDI: RMSC.COM Sep 09 2016 18:19:00     JC Penny/Synchrony Bank,    P.O. Box 960090,
                 Orlando, FL 32896-0090
785620151       EDI: NCDEPREV.COM Sep 09 2016 18:18:00     North Carolina Department of Revenue,
                 P.O. Box 25000,    Raleigh, NC 27640-0150
785620153       EDI: TFSR.COM Sep 09 2016 18:19:00     Toyota Financial Services,    P.O. Box 8026,
                 Cedar Rapids, IA 52409
785620152       E-mail/Text: crwkflw@firstdata.com Sep 09 2016 18:20:22     TeleCheck Services Inc.,
                 Attn: Bankruptcy Department,    P.O. Box 4451,    Houston, TX 77210-4451
785620155       EDI: WFFC.COM Sep 09 2016 18:18:00     Wells Fargo Bank, NA,    MAC N 9777-112,    P.O. Box 5169,
                 Sioux Falls, SD 57117-5169
785620156       EDI: WFFC.COM Sep 09 2016 18:18:00     Wells Fargo Bank, NA,    Personal Credit Managment,
                 P.O. Box 98934,    Las Vegas, NV 89193-8934
785620157      +EDI: WFFC.COM Sep 09 2016 18:18:00     Wells Fargo Financial Bank,    P.O. Box 10475,
                 Des Moines, IA 50306-0475
                                                                                              TOTAL: 17
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0418-6          User: admin              Page 2 of 2              Date Rcvd: Sep 09, 2016
                              Form ID: 309A            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2016 at the address(es) listed below:

        Robert A. Lefkowitz    on behalf of Debtor Christopher Keith Parish rlefkowitz1@bellsouth.net, barryfan@bellsouth.net
        W. Joseph Burns,    trustee@wjburns.com, NC45@ecfcbis.com
        William P. Miller    bancm_ecf@ncmba.uscourts.gov

                                                                 TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Christopher Keith Parish** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8702** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of North Carolina** | | Date case filed for chapter **7   9/8/16** |
| Case number:   **16–50945** | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Christopher Keith Parish | | |
| 2. | **All other names used in the last 8 years** | aka Chris Parish | | |
| 3. | **Address** | 1981 Tea Berry Lane <br> Winston Salem, NC 27127 | | |
| 4. | **Debtor's attorney** <br> Name and address | Robert A. Lefkowitz <br> The Lefkowitz Law Firm <br> 3500 Brunswick Ct <br> Winston–Salem, NC 27104 | | Contact phone (336) 813–8357 |
| 5. | **Bankruptcy trustee** <br> Name and address | W. Joseph Burns <br> Trustee <br> P.O. Box 21433 <br> Winston–Salem, NC 27120–1433 | | Contact phone (336) 893–7384 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                   page 1

| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 226 S. Liberty Street<br>Winston–Salem, NC 27101 | Hours open<br>Monday–Friday 8:00 AM – 5:00 PM<br>Contact phone (336) 397–7785<br>Date: 9/9/16 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 7, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Creditors Meeting Room, First Floor, 226 South Liberty Street, Winston–Salem, NC 27101** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/6/16** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**NOTICE: STATE OR FEDERALLY ISSUED PHOTO ID IS REQUIRED TO ENTER THE BUILDING. CELL PHONES OR WEAPONS ARE NOT ALLOWED.** Public parking is not available at Court site. Please visit www.ncmb.uscourts.gov under Court Info, for parking information.